UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEBBIE NATION, | ) |
| | ) |
| Plaintiff, | )   Case No.: 4:13-cv-00940 |
| | ) |
| v. | ) |
| | ) |
| AMSHER COLLECTION SERVICES, INC | ) |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, DEBBIE NATION, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: July 11, 2013            Respectfully Submitted,

                                By:/s/ Ryan Lee
                                 Ryan Lee
                                Attorneys for Plaintiff
                                Krohn & Moss, Ltd.
                                10474 Santa Monica Blvd. Suite 405
                                Los Angeles, CA 90025
                                Tel: 323-988-2400 x241
                                Fax: (866) 861-1390
                                rlee@consumerlawcenter.com

NOTICE OF SETTLEMENT

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff
