**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| DEBBIE NATION, ) | |
| ) | |
| Plaintiff, ) | Case No.: 4:13-cv-00940 |
| ) | |
| v. ) | |
| ) | |
| AMSHER COLLECTION SERVICES, INC ) | |
| ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiff, DEBBIE NATION, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismiss this action with prejudice.

Dated: September 4, 2013

By: /s/ Ryan Lee
    Ryan Lee
    Attorneys for Plaintiff
    Krohn & Moss, Ltd.
    10474 Santa Monica Blvd. Suite 405
    Los Angeles, CA 90025
    Tel: 323-988-2400 x241
    Fax: (866) 861-1390
    rlee@consumerlawcenter.com

Dated: September 4, 2013         AMSHER COLLECTION SERVICES, INC

By: /s/ Rick V. Anderson_____

RICK V. ANDERSON
Attorney for Defendant
2800 Post Oak Blvd, 57th Floor
Houston, TX 77056
(713) 840-1666
randerson@robertsmarkel.com