UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEBBIE NATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:13-cv-00940 |
| | ) | |
| v. | ) | |
| | ) | |
| AMSHER COLLECTION SERVICES, INC | ) | |
| | ) | |
| Defendant. | ) | |

## [~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE

IT IS HEREBY ORDERED that the parties' joint Stipulation to Dismiss Case with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), is GRANTED. Accordingly, the above-captioned matter is hereby dismissed with prejudice, each side to bear their own fees and costs.

IT IS SO ORDERED.

DATED: Sept. 5, 2013

_____
Honorable Judge
United States District Judge

1